UNITED STATES *v.* NEW ORLEANS CHAPTER,
ASSOCIATED GENERAL CONTRACTORS
OF AMERICA, INC., ET AL.

No. 119.   Decided October 11, 1965.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel* and *Gerald Kadish* for the United States.

*R. Emmett Kerrigan, George W. Wise* and *Joseph J. Smith, Jr.,* for appellees.

PER CURIAM.

The judgment is reversed. *Times-Picayune Publishing Co.* v. *United States,* 345 U. S. 594, at 623–624; *United States* v. *Socony-Vacuum Oil Co., Inc.,* 310 U. S. 150, at 226.

HOURIHAN *v.* MAHONEY.

No. 342, Misc.   Decided October 11, 1965.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.